In The Circuit Court of Pearl River County, Mississippi

Steve Strausbaugh                                                   Plaintiff

Vs                                                   Civil Action NO. 55CI1: 19.CU.00121

New Orleans VA Hospital (SLVHCS),                    DEFENDANTS

Fernando Rivera, Center Director

Summons

This Summons together with the Complaint is a serious matter and you must take immediate action to protect your rights.

You are required to mail a copy of a written answer either admitting or denying each allegation in the complaint to Steve Strausbaugh the Plaintiff whose address is Po Box 166, Carriere, MS, 39426.

This answer must be mailed within 30 days from the date of delivery of this summons and complaint or a default judgment may be entered against you for the money or other things demanded in the complaint. You must also file the original of your answer with the clerk of the court within a reasonable time afterward.

Certificate of Service

I hereby certify that I have served a copy of the forgoing by certified US mail, on

2400 Canal St., New Orleans, LA 70119

_(signature)_                                         This the 6th day of Sept 2019

Steve Strausbaugh                                     Nance Fitzpatrick Stokes
                                                      Pearl River County Circuit Clerk
Po Box 166, Carriere, MS, 39426                       by _Donna L. Vusau_, D.C.

601-347-1952

**EXHIBIT A**

Page 3 of 3

IN THE ~~COURT OF APPEALS~~ Circuit Court of Pearl River County IN THE STATE OF MISSISSIPPI

STEVE STRAUSBAUGH                                     PLAINTIFF

V.                                      CIVIL ACTION NO. 55CI1:19.CV-00121

New Orleans VA Hospital (SLVHCS),                    DEFENDANTS

Fernando Rivera, Center Director

## COMPLAINT

As of this day the New Orleans VA has refused to compensate me for overtime/comptime worked as per Federal Law. I am in a position covered by the Federal Labor Standards Act. The VA has refused to recognize or follow this law. I am owed over 350 hours.

## RELIEF SOUGHT

The plaintiff asks for all overtime or comptime compensated for damages, $500 in attorney fees, and $250 court costs.

*[signature]*

Steve Strausbaugh

Po box 166, Carriere, MS, 39426

601-347-1952

FILED
NANCE FITZPATRICK STOKES CIRCUIT CLERK

SEP 06 2019

BY: *[signature]*
DEPUTY CLERK

Page 1 of 3

Certificate of service

The afore was served upon the defendants at:

2400 Canal St., New Orleans, LA 70119

*[signature]*   6 Sept 19

Steve Strausbaugh

Po box 166, Carriere, MS, 39426

601-347-1952